JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patrick Chimenti

## DEFENDANTS
GB Collects, LLC

**14   3180**

**(b)** County of Residence of First Listed Plaintiff  **Philadelphia**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  **Philadelphia**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Matthew B. Weisberg, Esquire
7 South Morton Avenue, Morton, PA 19070
(610) 690-0801   mweisberg@weisberglawoffices.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1331 and 1332; 28 U.S.C. § 1367

Brief description of cause:
FDCPA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**  Will Supply

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

JUN 0 4 2014

DATE  6/2/14
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE  MJS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 4314 McMenamy Street, Philadelphia, PA 19136

Address of Defendant: 145 Bradford Drive, West Berlin, NJ 08091

Place of Accident, Incident or Transaction: 4314 McMenamy Street, Philadelphia, PA 19136
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes☐ No☐   *unknown*

Does this case involve multidistrict litigation possibilities? Yes☐ No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☒ All other Diversity Cases
   FDCPA (Please specify)

*JUN 0 4 2014*

ARBITRATION CERTIFICATION
*(Check Appropriate Category)*
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____ _____ _____
               Attorney-at-Law                 Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6/2/14   [signature]   85570
                  Attorney-at-Law    Attorney I.D.#

CIV. 609 (6/08)

(Civ. 660) 10/02

$400.00

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**



| | | |
|---|---|---|
| Patrick Chimenti<br>4314 McMenamy St.<br>Philadelphia, PA 19136 | : <br> : <br> : <br> : | FILED<br>JUN 0 4 2014<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |
| Plaintiff, | : | Civil Action No.: |
| v. | : | **14   3180** |
| GB Collects, LLC<br>145 Bradford Dr.<br>West Berlin, NJ 08091 | : <br> : <br> : <br> : | **JURY TRIAL DEMANDED** |
| And | : | |
| John Does 1-10 | : <br> : | |
| Defendants. | : | |

## CIVIL ACTION COMPLAINT

### I. Jurisdiction and Venue

1. Jurisdiction in this Honorable Court is based on a violation of federal law conferred by 28 U.S.C. §1331 and diversity conferred by §1332; supplemental jurisdiction over state law claims is granted by 28 USC §1367.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) in that the events giving rise to Plaintiff's claims occurred in this District.

### II. Parties

3. Plaintiff, Patrick Chimenti, is an adult individual residing at the above-captioned address.

4. Defendant, GB Collects, LLC ("GB Collects"), is a limited liability company by virtue of the laws of the State of New Jersey, maintaining an office at the above captioned address.

5. Defendants, John Does 1-10, is a moniker/fictitious name for individuals and entities currently unknown but will be substituted when known, as affiliated, associated or liable

5

hereunder for the reasons set forth below or inferred therefrom. Each of these parties are incorporated as Defendants in each and every count and averment listed above and below. Upon information and belief, Defendants, John Does, were agents, servants, workmen, or employees of Co-Defendant, liable to Plaintiff hereunder.

### III. Operative Facts

6. Defendants collect debts using the mail. Defendants, and each of them, regularly and in the ordinary course of business attempt to collect consumer debts alleged to be due.

7. On or about November 5, 2013, Defendant, GB Collects, LLC, mailed a letter to Plaintiff demanding immediate payment in the amount of about $176.40. (Exh. A).

8. The letter was mailed in a "see-through" envelope with the word "collection" clearly visible on the outside of the envelope. (Exh. B).

9. On or about December 10, 2013, Plaintiff mailed a letter to GB Collects disputing the alleged amount owed. (Exh. C).

10. On or about January 28, 2014, GB Collects mailed a second letter to Plaintiff demanding immediate payment. (Exh. D). This letter again contained a "see-through" envelope with the word "collection" clearly visible on the outside of the envelope. (Exh. B).

11. Defendants' maliciously, fraudulently, intentionally, and/or knowingly used "see-through" envelopes with the word "collection" clearly visible and/or failed to verify and/or collected upon non-collectible debt, which is Defendants' pattern and practice.

12. Upon information and belief, Defendants use unlawful collection tactics – such as instantly causing Plaintiff embarrassment.

## COUNT I
## Fair Debt Collection Practices Act ("FDCPA")

13. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

14. Defendants are "debt collectors" as defined by 15 U.S.C.A. § 1692d(6), attempting to collect a debt as defined by 15 U.S.C.A. § 1692a(5).

15. Defendants' conduct violated the FDCPA by contacting Plaintiff using a "see-through" envelope with the word "collection" clearly visible, failing to verify the debt, and collecting on an uncollectible debt.

## COUNT II
## Fair Credit Extension Uniformity Act ("FCEUA")

16. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

17. Defendants are "debt collectors" as defined by 73 P.S. § 2270.3, attempting to collect a debt as defined by 73 P.S. § 2270.3.

18. Defendants' conduct violated the FCEUA by violating any provision of the FDCPA. 73 P.S. § 2270.4(a).

## COUNT III
## Unfair Trade Practices and Consumer Protection Law ("UTPCPL")

19. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

20. The UTPCPL proscribes, *inter alia*, engaging in any "unfair or deceptive acts and practices" either at, prior to, or subsequent to a consumer transaction.

21. The actions of Defendants constitute unfair or deceptive acts and practices under UTPCPL, additionally including, but not limited to the following, *inter alia*:

a.  Defendants engaged in fraudulent or deceptive conduct which created a likelihood of confusion or of misunderstanding, 73 P.S. § 201-2(xxi); and

b.  Defendants failed to comply with the FDCPA and FCEUA, which are violations of the UTPCPL.

V.  **Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests judgment in his favor and against Defendants, individually, jointly and severally, for the following

a.  Actual and compensatory damages;

b.  Statutory damages;

c.  Treble damages;

d.  Costs of litigation and reasonable attorney's fees;

e.  Punitive damages; and

f.  Such other and further relief as the Court deems proper

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
David A. Berlin, Esquire
Attorneys for Plaintiff

# EXHIBIT A

145 BRADFORD DRIVE
W. BERLIN, NJ 08091

RETURN SERVICE REQUESTED



888-688-5700 * 856-768-9995
Fax: 856-768-4355

November 5, 2013

PATRICK D COLLECTION CHIMENTI
CHIMNTI, PATRICK D
4314 MCMENAMY ST
PHILA PA  19136-3216

| RE: | Dr. Karen Wasko |
|---|---|
| Acct#: | Patrick D Collection Chim |
| Our File#: | 425750 |
| Date of Invoice: | 10/21/2013 |
| Balance Due: | $176.40 |

Dear Chimnti, Patrick D

We represent **Dr. Karen Wasko** in the above captioned matter. **Dr. Karen Wasko** has turned this account over to us for collection due to your failure to reply to their request for payment.

I have enclosed a return envelope for your convenience. Please make your check payable to **Dr. Karen Wasko** in the amount of **$176.40** and send it to me immediately.

For ease and convenience, make your payment today at www.gbcollects.com and click on the "Make a Payment" button.

Sincerely,
GB Collects LLC
Recovery Agent

*Unless this account or any portion of thereof is disputed within 30 days from the receipt of this notice, we will assume this debt to be valid. If you dispute this debt or any portion thereof within this 30 days time period we will furnish you at your written request, a verification of this debt, or the name of the original creditor.
This is an attempt to collect a debt. Any information provided will be used for this purpose.

DETACH LOWER PORTION AND RETURN WITH YOUR PAYMENT

---

PATRICK D COLLECTION CHIMENTI
CHIMNTI, PATRICK D
4314 MCMENAMY ST
PHILA PA  19136-3216

| RE: | Dr. Karen Wasko |
|---|---|
| Acct#: | Patrick D Collection Chim |
| Our File#: | 425750 |
| Date of Invoice: | 10/21/2013 |
| Balance Due: | $176.40 |

*Due date is 7 days after November 5, 2013*

Please make your check payable to:
**Dr. Karen Wasko**

GB COLLECTS, LLC
145 BRADFORD DR
WEST BERLIN NJ  08091-9269

# EXHIBIT B

145 BRADFORD DRIVE
W. BERLIN, NJ 08091

RETURN SERVICE REQUESTED

PATRICK D COLLECTION CHIMENTI
CHIMNTI, PATRICK D
4314 MCMENAMY ST
PHILA PA 19136-3216

LKI-SMB 19136

145 BRADFORD DRIVE
W. BERLIN, NJ 08091

RETURN SERVICE REQUESTED

PATRICK D COLLECTION CHIMENTI
CHIMNTI, PATRICK D
4314 MCMENAMY ST
PHILA PA 19136-3216

LKI-SMB 19136

PRESORTED FIRST CLASS



PRESORTED FIRST CLASS



# EXHIBIT C

December 10, 2013

Patrick Chimenti
4314 McMenamy Street
Philadelphia, PA 19136
215-459-9690

GB Collects
145 Bradford Dr.
West Berlin, NJ 08091

To Whom It May Concern:

In response to your letter received November 12th of 2013, I dispute the validity of this alleged debt and amounts owed. Validation is requested. Communication is requested in writing only as phone calls are not permitted.

Thank you,
Patrick Chimenti

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

Patrick Chimenti
4314 McMenamy St.
Philadelphia, PA 19136

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GB
145 Dradford Dr.
West Berlin, NJ 08091

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sandra Stolb ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  12/11/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from s    7011 0470 0003 2565 4971

PS Form 3811, July 2013    Domestic Return Receipt

# EXHIBIT D

From:

145 BRADFORD DRIVE
W. BERLIN, NJ 08091

RETURN SERVICE REQUESTED



888-688-5700 * 856-768-9995
Fax: 856-768-4355

January 28, 2014

795

PATRICK D COLLECTION CHIMENTI
CHIMNTI, PATRICK D
4314 MCMENAMY ST
PHILA PA  19136-3216

| RE: | Dr. Karen Wasko |
|---|---|
| Acct#: | Patrick D Collection Chim |
| Our File#: | 425750 |
| Date of Invoice: | 10/21/2013 |
| Balance Due: | $176.40 |

Dear Chimnti, Patrick D

After repeated requests, we have not heard from you regarding the above delinquent balance of **$176.40** owed to our client, **Dr. Karen Wasko**.

Due to your lack of payment, we are forced to proceed with further collection activity. In order to resolve this seriously delinquent issue, you must remit payment in full of **$176.40** immediately. Please make your check payable to **Dr. Karen Wasko** and send it to me at the above address today.

For ease and convenience, make your payment today at www.gbcollects.com and click on the "Make a Payment" button.

Sincerely,
Gilbert Fisher
Chief Operating Officer
Extension: 111

*This is an attempt to collect a debt. Any information obtained will be used for that purpose.

-------------------------------DETACH LOWER PORTION AND RETURN WITH YOUR PAYMENT-------------------------------

PATRICK D COLLECTION CHIMENTI
CHIMNTI, PATRICK D
4314 MCMENAMY ST
PHILA PA  19136-3216

| RE: | Dr. Karen Wasko |
|---|---|
| Acct#: | Patrick D Collection Chim |
| Our File#: | 425750 |
| Date of Invoice: | 10/21/2013 |
| Balance Due: | $176.40 |

*Due date is 7 days after January 28, 2014*

Please make your check payable to:
**Dr. Karen Wasko**

GB COLLECTS, LLC
145 BRADFORD DR
WEST BERLIN NJ  08091-9269